UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEYMORE-JAMES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JULIE A. DOSSIN, <br><br> Defendant. <br><br> JULIE A. DOSSIN, <br><br> Third Party Plaintiff, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., and GOLD & VANARIA, P.C. <br><br> Third Party Defendants. | CASE NO.: <br><br> 04-30236-KPN |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the third-party defendant, NCO Financial Systems, Inc., in the above captioned matter.

The Third-Party Defendant,
NCO FINANCIAL SYSTEMS, INC.,
By its attorney,

_/s/ Eric M. Chodkowski_

Eric M. Chodkowski
B.B.O. No. 648629
TAYLOR, DUANE, BARTON & GILMAN, LLP
160 Federal Street, 5th Floor
Boston, MA 02110
(617) 654-8200

## CERTIFICATE OF SERVICE

I, Eric M. Chodkowski, Esq., hereby certify that on this 3rd day of December, 2004, I served a copy of the above, by overnight mail, postage prepaid to: William J. McLeod, Esq., 77 Franklin Street, Boston, MA 02110, attorney for the Third-Party Plaintiff; the plaintiff, Seymore-James, LLC; and David J. Farkas, Esq., 1350 Main Street, Springfield, MA 01103, attorney for the co-third-party defendant, Gold & Vanaria, P.C.

_____
Eric M. Chodkowski