UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEYMORE-JAMES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JULIE A. DOSSIN, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| JULIE A. DOSSIN, <br><br> Third Party Plaintiff, <br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., and <br> GOLD & VANARIA, P.C. <br><br> Third Party Defendants. | ) CASE NO.: <br> ) <br> ) **04-30236-KPN** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the third-party defendant, NCO Financial Systems, Inc., in the above captioned matter.

The Third-Party Defendant,
NCO FINANCIAL SYSTEMS, INC.,
By its attorney,

/s/ Edward D. Shoulkin
Edward D. Shoulkin
B.B.O. No. 555483
TAYLOR, DUANE, BARTON & GILMAN, LLP
160 Federal Street, 5th Floor
Boston, MA 02110
(617) 654-8200

## CERTIFICATE OF SERVICE

I, Edward D. Shoulkin, hereby certify that on December 3, 2004, I caused a copy of the above to be served by overnight mail, postage prepaid to: William J. McLeod, Esq., 77 Franklin Street, Boston, MA 02110, attorney for the Third-Party Plaintiff; the plaintiff, Seymore-James, LLC; and David J. Farkas, Esq., 1350 Main Street, Springfield, MA 01103, attorney for the co-third-party defendant, Gold & Vanaria, P.C.

_____
Edward D. Shoulkin