UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEYMORE-JAMES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JULIE A. DOSSIN, )<br>)<br>Defendant. )<br>_____ )<br>JULIE A. DOSSIN, )<br>)<br>Third Party Plaintiff, )<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., and )<br>GOLD & VANARIA, P.C. )<br>)<br>Third Party Defendants. )<br>_____ ) | CASE NO.: 04-30236-KPN |

### LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF THE THIRD-PARTY DEFENDANT, NCO FINANCIAL SYSTEMS, INC.

Pursuant to Local Rule 7.3 for the United States District Court for the District of Massachusetts, the third-party defendant, NCO Financial Systems, Inc. ("NCO"), hereby states that it is a Pennsylvania corporation with its principal place of business in Horsham, Pennsylvania. NCO is wholly owned by JDR Holdings, Inc., which, in turn, is wholly owned by Compass International Services Corporation. All of the above-mentioned corporations are wholly owned by NCO Group, Inc. No publicly held corporation owns 10% or more of NCO Group, Inc. stock.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record and/or parties pro se ___ by hand; ___ by fax; ___ by FedEx; _X_ by placing a copy of same in the U.S.Mail, postage prepaid this __23rd__ day of __December__, 2004.

_____

Third Party Defendant,

NCO FINANCIAL SYSTEMS, INC.

By its Attorneys,

_____
Edward D. Shoulkin, B.B.O. No.: 555483
Eric M. Chodkowski, B.B.O. No.: 648629
TAYLOR, DUANE, BARTON & GILMAN, LLP
160 Federal Street, 5th Floor
Boston, MA 02110
(617) 654-8200

*Of Counsel*

David Israel
SESSIONS, FISHMAN & NATHAN, L.L.P.
201 St. Charles Avenue, 35th Floor
New Orleans, Louisiana 70170-3500
Telephone: (504) 582-1500
Facsimile: (504) 582-1555