UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEYMORE-JAMES, LLC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JULIE A. DOSSIN )<br>)<br>Defendant )<br>_____)<br>)<br>JULIE A. DOSSIN )<br>)<br>Third Party Plaintiff )<br>)<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC. and )<br>GOLD & VANARIA, P.C. )<br>)<br>Third Party Defendants )<br>_____) | Case No. 04-30236-KPN |

## ASSENTED TO MOTION TO CONTINUE THE SCHEDULING CONFERENCE

NOW COMES Plaintiff, Seymore-James, LLC. (hereafter referred to as "Seymore-James" and Third Party Defendant, Gold & Vanaria, P.C. (hereafter referred to as "Gold & Vanaria") and request a continuance of the Scheduling Conference set for Wednesday, February 3, 2005. In support therefore, Seymore-James and Gold & Vanaria respectfully submit the following:

1. Notice of the Scheduling Conference was never provided to Seymore-James or Gold & Vanaria by this Court. Seymore-James and Gold & Vanaria first learned of the date and time of said Conference on Tuesday, January 25, 2005, through an e-mail from counsel to Third Party Defendant, NCO Financial Systems, Inc. and a subsequent review of the docket on webPacer.

2. Since the filing of the Third-Party Complaint and subsequent removal of the case to this Court, the parties have been actively and diligently attempting to negotiate a global settlement of this matter. Defendant, Julie A. Dossin's counsel has acknowledged receipt of the written settlement proposal in the draft Joint Statement of the Parties Pursuant to Local Rule 16.1(D) which was circulated on Wednesday, January 26, 2005.

3.  If the parties cannot negotiate a settlement as aforesaid, it may be necessary to implead additional parties which would ultimately effect the proposed discovery deadlines set forth in the Joint Statement.

4.  All parties to this proceeding have assented to this Motion as set forth below.

WHEREFORE, Plaintiff, Seymore-James, LLC. and Third-Party Defendant, Gold & Vanaria, P.C., respectfully requests that this Court continue the Scheduling Conference for a period of thirty (30) days and for such further relief as this Court deems just and proper.

Date: 1/28/05

SEYMORE-JAMES, LLC.
By and through its attorney:

By: _____
Alan J. Vanaria, Esq. (BBO#544095)
David A. Lavenburg, Esq. (BBO#557558)
GOLD & VANARIA, P.C.
1350 Main Street, Suite 1400
Springfield, MA 01103
Tel. (413) 747-7700

GOLD & VANARIA, P.C.

By: _____
Alan J. Vanaria, Esq. (BBO#544095)
David A. Lavenburg, Esq. (BBO#557558)
GOLD & VANARIA, P.C.
1350 Main Street, Suite 1400
Springfield, MA 01103
Tel. (413) 747-7700

Assented to by:

JULIE A. DOSSIN
By and through her attorney:

By: _____
William J. McLeod, Esq. (BBO#560572)
MCLEOD LAW OFFICES, P.C.
77 Franklin Street
Boston, MA 02110
Tel. (617) 542-2956

Page 3

| | |
|---|---|
| Assented to by: | NCO FINANCIAL SYSTEMS, INC.<br>By and through its attorney:<br><br>By: *[signature] Eric Chodkowski (by NMC w/authority)*<br>Eric M. Chodkowski, Esq. (BBO#648629)<br>TAYLOR, DUANE, BARTON & GILMAN, LLP.<br>160 Federal Street, 5th Floor<br>Boston, MA 02110<br>Tel. (617) 654-8200 |

[G:\WP2005\DALPldgs\DOSSIN-MOT-CONT-SCHED-CONF-1-27-05.doc]

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I served a copy of the Assented to Motion to Continue the Scheduling Conference on January 28, 2005 via first class mail, with postage prepaid and return address thereon to:

William J. McLeod, Esq.
MCLEOD LAW OFFICES, P.C.
77 Franklin Street
Boston, MA 02110

Eric M. Chodkowski, Esq.
TAYLOR, DUANE, BARTON & GILMAN, LLP.
160 Federal Street, 5th Floor
Boston, MA 02110

David A. Lavenburg, Esq. (BBO#557558)