UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEYMORE-JAMES, LLC. <br><br> Plaintiff <br><br> v. <br><br> JULIE A. DOSSIN <br><br> Defendant | Case No. 04-30236-KPN |
| JULIE A. DOSSIN <br><br> Third Party Plaintiff <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC. and GOLD & VANARIA, P.C. <br><br> Third Party Defendants | |

## ASSENTED TO MOTION TO CONTINUE THE SCHEDULING CONFERENCE

    NOW COMES Plaintiff, Seymore-James, LLC. (hereafter referred to as "Seymore-James" and Third Party Defendant, Gold & Vanaria, P.C. (hereafter referred to as "Gold & Vanaria") and request a continuance of the Scheduling Conference set for Tuesday, March 8, 2005. In support therefore, Seymore-James and Gold & Vanaria respectfully submit the following:

1. Since the filing of the Third-Party Complaint and subsequent removal of the case to this Court, the parties had been actively and diligently attempting to negotiate a global settlement of this matter.

2. However, at the time of filing the instant Motion such a global settlement of this matter appears unlikely.

Page 2

3. Consequently, this matter was immediately referred accordingly to Third Party Defendant, Gold & Vanaria, P.C.'s malpractice insurance provider, Zurich North America, on February 4, 2005, and has been assigned Claim #9110010551.

4. At this time, Third Party Defendant, Gold & Vanaria, P.C. is awaiting a response from said malpractice insurance provider as to whether Gold & Vanaria, P.C.'s Claim #9110010551 will be accepted resulting in counsel being assigned. To date, counsel has not been assigned to Gold & Vanaria, P.C. from its malpractice insurance provider.

5. Based on certain exclusions in the policy, it is not clear that Zurich North America will accept Third Party Defendant, Gold & Vanaria, P.C.'s claim.

6. Third Party Defendant, Gold & Vanaria, P.C. believes that a decision from the provider will be forthcoming in the next thirty (30) days.

7. It would be a violation of Third Party Defendant, Gold & Vanaria, P.C.'s insurance policy to sign a Scheduling Stipulation and file a responsive pleading to the Third Party Complaint until a decision is made by the insurance provider to accept or reject the claim.

8. Less than one (1) month has passed since Third Party Defendant, Gold & Vanaria, P.C. submitted its claim to Zurich North America and the Third Party Plaintiff has graciously agreed not to default Gold & Vanaria, P.C. for not filing a responsive pleading when Gold & Vanaria, P.C. submitted its claim to Zurich North America.

9. All parties to this proceeding have assented to this Motion as set forth below.

WHEREFORE, Plaintiff, Seymore-James, LLC. and Third-Party Defendant, Gold & Vanaria, P.C., respectfully requests that this Court continue the Scheduling Conference and the responsibility of filing a proposed schedule for a period of thirty (30) days and for such further relief as this Court deems just and proper.

Date: 2/28/05

SEYMORE-JAMES, LLC.
By and through its attorney:

By: _____
Alan J. Vanaria, Esq. (BBO#544095)
David A. Lavenburg, Esq. (BBO#557558)
GOLD & VANARIA, P.C.
1350 Main Street, Suite 1400
Springfield, MA 01103
Tel. (413) 747-7700

Page 3

GOLD & VANARIA, P.C.

By: _____
Alan J. Vanaria, Esq. (BBO#544095)
David A. Lavenburg, Esq. (BBO#557558)
GOLD & VANARIA, P.C.
1350 Main Street, Suite 1400
Springfield, MA 01103
Tel. (413) 747-7700

Assented to by:

JULIE A. DOSSIN
By and through her attorney:

By: _____  By D+L.
William J. McLeod, Esq. (BBO#560572)  with Authority
MCLEOD LAW OFFICES, P.C.
77 Franklin Street
Boston, MA 02110
Tel. (617) 542-2956

Page 4

Assented to by:                                NCO FINANCIAL SYSTEMS, INC.
                                               By and through its attorney:

By: *Eric Chodkowski* (By DMZ w/Authority)
Eric M. Chodkowski, Esq. (BBO#648629)
TAYLOR, DUANE, BARTON &
GILMAN, LLP.
160 Federal Street, 5th Floor
Boston, MA 02110
Tel. (617) 654-8200

[G:\WP2005\DALPldgs\DOSSIN-MOT-CONT-SCHED-CONF-2-25-05.doc]

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I served a copy of the Assented to Motion to Continue the Scheduling Conference on 2/28/05 via first class mail, with postage prepaid and return address thereon to:

William J. McLeod, Esq.
MCLEOD LAW OFFICES, P.C.
77 Franklin Street
Boston, MA 02110

Eric M. Chodkowski, Esq.
TAYLOR, DUANE, BARTON & GILMAN, LLP.
160 Federal Street, 5th Floor
Boston, MA 02110

_____
David A. Lavenburg, Esq. (BBO#557558)