UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

SEYMORE-JAMES, LLC

     Plaintiff,

-v-                                            CIVIL NO. 04-30236 MAP/KPN

JULIE A. DOSSIN,

     Defendant.

_____

JULIE A. DOSSIN,

     Third Party Plaintiff,

-v-

NCO FINANCIAL SYSTEMS, INC.,
and GOLD & VANARIA, P.C.

     Third Party Defendants,

_____

**JOINT STATEMENT OF THE PARTIES**
**PURSUANT TO LOCAL RULE 16.1(D)**

     Pursuant to Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, the parties in the above-captioned matter submit the following Joint Statement.

**I.**    **The parties propose that the agenda at the scheduling conference include the following proposed schedule:**

    a.    Voluntary Disclosures (Rule 26(a)(1)):   On or before April 15, 2005;

    b.    Deadline to Amend Pleadings:  June 15, 2005;

    c.    All written discovery served by (including request for admissions): September 1, 2005;

    d.    Discovery Completed by (including depositions, written discovery,

1

    and motions thereunder):  December 1, 2005;

    e.    Rule 26(a)(2) Expert Disclosure by Plaintiff:  September 1, 2005

    f.    Rule 26(a)(2) Expert Disclosure by Defendants:  October 1, 2005

    g.    Expert Depositions, if any, completed:  November 1, 2005.

    h.    Deadline for joinder of additional parties:  July 1, 2005;

    i.    Deadline for filing of any motions under Fed.R.Civ.P. 12: August 1, 2005.  Defendant-Third Party Plaintiff requests that this deadline be earlier.

    j.    Dispositive Motions Filed:  January 1, 2006;

    k.    Deared for completion of Settlement Conference: February 1, 2005.

    l.    Case Management Conference:  August 2005

    m.    Pretrial Date:  On or about March 2006.

    n.    Pretrial Disclosures under Fed.R.Civ.P. 26(a)(3) 60 days before trial.

**II.    Other Matters**

    a.    The parties have conferred and will not consent to a trial by a magistrate judge.

    b.    Plaintiff has referred this matter to Third Party Defendant Gold & Vanaria, PC's malpractice insurance provider and is awaiting a response as to whether or not this matter will be accepted, consequently resulting in the assignment of counsel by the malpractice insurance provider.

    c.    If Third Party Defendant, Gold & Vanaria, PC's malpractice insurance provider rejects this matter, Plaintiff intends to implead additional parties whom are essential to the adjudication of this matter.

    d.    A written settlement proposal has been presented by Plaintiff to

   Defendants, and defense counsel will be prepared to respond to the proposal at the Scheduling Conference.

e.  Defendant –Third Party Plaintiff's Local Rule 16(D)(3) Certification has been filed.

f.  NCO will file its Local Rule 16.1(D)(3) certification on or before the date of the Scheduling Conference.

Respectfully submitted,

| | |
|---|---|
| SEYMORE-JAMES, LLC & <br> GOLD & VANARIA, PC <br> By its Attorney, | JULIE DOSSIN <br><br> By its Attorneys, |
| /s/ David A. Lavenberg (wjm) <br> David A. Lavenburg <br> Gold & Vanaria <br> 1350 Main Street, Suite 1400 <br> Springfield, MA  01103-1627 <br> (413) 747-7700/phone <br> (413) 747-9650/fax | /s/ William J. McLeod <br> William J. McLeod <br> McLeod Law Offices, PC <br> 77 Franklin Street <br> Boston, MA  02110 <br> (617) 542-2956/phone <br> (617) 695-2778/fax |

NCO FINANCIAL SYSTEMS, INC.
By his Attorney,


/s/ Eric M. Chodkowski (wjm)
Eric M. Chodkowski
Taylor, Duane, Barton & Gillman, LLP
160 Federal Street, 5th Floor
Boston, MA  02110
(617) 654-8200/phone
(617) 482-5350/fax

Dated:  March 1, 2005