UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEYMORE-JAMES, LLC. <br><br> Plaintiff <br><br> v. <br><br> JULIE A. DOSSIN <br><br> Defendant <br><br>――― <br><br> JULIE A. DOSSIN <br><br> Third Party Plaintiff <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC. and GOLD & VANARIA, P.C. <br><br> Third Party Defendants | Case No. 04-30236-KPN |

### MOTION TO APPEAR PRO HAC VICE ON BEHALF OF THE PLAINTIFF, SEYMORE-JAMES, LLC. AND THIRD PARTY DEFENDANT, GOLD & VANARIA, P.C.

NOW COME the two (2) undersigned, movants herein, active members in good standing of the bar of the U.S. District Court for the District of Massachusetts and co-counsel for Plaintiff, Seymore-James, LLC. and Third Party Defendant, Gold & Vanaria, P.C., and pursuant to Local Rule 83.5.3(b) request that this Court admit pro hac David J. Farkas, an attorney duly admitted to practice in the Massachusetts Supreme Judicial Court, but not admitted to the bar of this court, who also will be co-counsel for Plaintiff, SEYMORE-JAMES, LLC. and Third Party Defendant, GOLD & VANARIA, P.C., in the instant matter.

In support thereof and in accordance with Local Rule 83.5.3(b), movants have simultaneously filed herewith the required certificate of David J. Farkas.

WHEREFORE, movants respectfully request that this Court enter an Order admitting pro hac David J. Farkas, Esq. to this Court, to participate in this litigation without limitation.

Dated: MAR 0 3 2005

| | |
|---|---|
| SEYMORE-JAMES, LLC.<br>By and through its attorney: | GOLD & VANARIA, P.C.<br>By and through its attorney: |
| By: *[signature]*<br>Alan J. Vanaria, Esq. (BBO#544095)<br>David A. Lavenburg, Esq. (BBO#557558)<br>GOLD & VANARIA, P.C.<br>1350 Main Street, Suite 1400<br>Springfield, MA 01103<br>Tel. (413) 747-7700 | By: *[signature]*<br>David A. Lavenburg, Esq. (BBP#557558)<br>Alan J. Vanaria, Esq. (BBO#544095)<br>GOLD & VANARIA, P.C.<br>1350 Main Street, Suite 1400<br>Springfield, MA 01103<br>Tel. (413) 747-7700 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEYMORE-JAMES, LLC. ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> JULIE A. DOSSIN ) <br> ) <br> Defendant ) | Case No. 04-30236-KPN |
| JULIE A. DOSSIN ) <br> ) <br> Third Party Plaintiff ) <br> ) <br> v. ) <br> ) <br> NCO FINANCIAL SYSTEMS, INC. and ) <br> GOLD & VANARIA, P.C. ) <br> ) <br> Third Party Defendants ) | |

## **CERTIFICATE OF DAVID J. FARKAS, ESQ.**

The undersigned, being first duly sworn, deposes and states that:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

4. I understand that my admission pro hac vice does not consitute formal admission to the bar of the United States District Court for the District of Massachusetts; and

5. I understand that my admission pro hac vice shall subject me to the disciplinary jurisdiction of this Court.

Signed under the pains and penalties of perjury this 3rd day of March, 2005.

_____
David J. Farkas, Esq.(BBO#653915)
Gold & Vanaria, P.C.
1350 Main Street, Suite 1400
Springfield, MA 01103
Tel. (413) 747-7700

[G:WP2005/Tjp/PRO-HAC-VICE-MOT.doc]