UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEYMORE-JAMES, LLC. )<br>)<br>Plaintiff ) | Case No. 04-30236-KPN |
| )<br>v. )<br>)<br>JULIE A. DOSSIN )<br>)<br>Defendant )<br>_____) | |
| JULIE A. DOSSIN )<br>)<br>Third Party Plaintiff )<br>)<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC. and )<br>GOLD & VANARIA, P.C. )<br>)<br>Third Party Defendants )<br>_____) | |

### NOTICE OF APPEARANCE

*To the Clerk:*

Please enter my appearance as attorney for Plaintiff, SEYMORE-JAMES, LLC., and Third-Party Defendant, GOLD & VANARIA, P.C., in the above-entitled action.

PLAINTIFF, SEYMORE-JAMES, LLC.
THIRD-PARTY DEFENDANT, GOLD & VANARIA, P.C.

By: _____
DAVID J. FARKAS, ESQ. (BBO#653915)
GOLD & VANARIA, P.C.
1350 Main Street, Suite 1400
Springfield, MA 01103
Tel. (413) 747-7700
Date: 3/7/05

Page 2

## CERTIFICATE OF SERVICE

I, the undersigned, attorney for the Plaintiff, SEYMORE-JAMES, LLC., and Third-Party Defendant, GOLD & VANARIA, P.C., in the above-entitled matter, hereby certify that I served the above Notice of Appearance on the following parties by mailing postage prepaid, a copy of said Notice of Appearance on _____ to:

<u>Defendant and Third-Party Plaintiff</u>
JULIE A. DOSSIN
c/o William J. McLeod, Esq.
MCLEOD LAW OFFICES, P.C.
77 Franklin Street
Boston, MA 02110

<u>Third-Party Defendant</u>
NCO FINANCIAL SYSTEMS, INC.
c/o Eric M. Chodkowski, Esq.
TAYLOR, DUANE, BARTON & GILMAN, LLP.
160 Federal Street, 5th Floor
Boston, MA 02110

By: _____
DAVID J. FARKAS, ESQ. (BBO#653915)
GOLD & VANARIA, P.C.

Date: 3/7/05