UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEYMORE-JAMES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JULIE A. DOSSIN, )<br>)<br>Defendant. )<br>———————————————————)<br>JULIE A. DOSSIN, )<br>)<br>Third Party Plaintiff, )<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., and )<br>GOLD & VANARIA, P.C. )<br>)<br>Third Party Defendants. )<br>———————————————————) | CASE NO.:04-30236- MAP |

FILED IN CLERK'S OFFICE
2005 MAR -8 A 10: 29
U.S. DISTRICT COURT
DISTRICT OF MASS

## **LOCAL RULE 16.1(D)(3) CERTIFICATION**

The undersigned certify that the third-party defendant and its counsel, Taylor, Duane, Barton & Gilman, LLP, have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation and with regard to considering the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: March 7, 2005

| | |
|---|---|
| The Third-Party Defendant, | The Third-Party Defendant's Attorneys, |
| NCO FINANCIAL SYSTEMS, INC., | TAYLOR, DUANE, BARTON & GILMAN, LLP |
| /s/ Rose Stevens | /s/ E. Chodkowski |
| Rose Stevens | Edward D. Shoulkin, |
| NCO Financial Systems, Inc. | B.B.O. #555483 |
| | Eric M. Chodkowski |
| | B.B.O. #648629 |
| | 160 Federal Street, 5th Floor |
| | Boston, Massachusetts 02110 |
| | (617) 654-8200 |

### CERTIFICATE OF SERVICE

I, Eric M. Chodkowski, hereby certify that on the 7th of March 2005, I caused a copy of the Local Rule 16.1(D)(3) Certification to be served by hand and postage prepaid to: William J. McLeod, Esq., 77 Franklin Street, Boston, MA 02110, attorney for the Third-Party Plaintiff, Julie Dossin; and David Lavenburg, Esq., 1350 Main Street, 1400 Springfield, MA 01103, attorney for the Third-Party Defendant, Gold & Vanaria, P.C., and the Plaintiff, Seymore-James, L.L.C.

/s/ Eric M. Chodkowski

Eric M. Chodkowski