UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEYMORE-JAMES, LLC,<br>        Plaintiff | )<br>)<br>)<br>) |
| v. | )   Civil Action No. 004-30236-MAP<br>)<br>) |
| JULIE A. DOSSIN, et al.,<br>        Defendants | )<br>) |

## SETTLEMENT ORDER OF DISMISSAL
March 8, 2005

The court, having been advised on <u>March 8, 2005,</u> that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and with prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk