UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

SEYMORE-JAMES, LLC

      Plaintiff,

-v-                                                CIVIL NO. 04-30236 MAP

JULIE A. DOSSIN,

      Defendant.

_____

JULIE A. DOSSIN,

      Third Party Plaintiff,

-v-

NCO FINANCIAL SYSTEMS, INC.,
and GOLD & VANARIA, P.C.

      Third Party Defendants,

_____

### DEFENDANT'S/THIRD PARTY PLAINTIFF'S MOTION TO EXTEND THE SETTLEMENT ORDER OF DISMISSAL

Defendant/Third Party Plaintiff, Julie Dossin, hereby requests that the court extend the period of time that the parties may consummate settlement, as set forth in the court's order of March 8, 2005, by 15 days. As grounds in support, the undersigned respectfully represents:

1. All parties have been diligently working towards resolving all issues, and it appears that they are very close to a final settlement agreement.

2. Based on the court's order of March 8, 2005, the time within which settlement must be consummated ends on April 22, 2005. Despite

    all efforts, it cannot be determined at this time whether settlement can be fully consummated by that time.

3.     The undersigned believes an additional 15 days will give the parties more than sufficient time to resolve any last minute, currently unforeseen issues, to obtain all needed signatures on settlement papers, and to tender all settlement payments.

4.     The undersigned respectfully represents that the above factors constitute good cause.

### Local Rule 7.1(A)(2) (Assented to motion)

The undersigned informed counsel for the Plaintiff and Third Party Defendants of his intent to file this motion and seek this relief. No party opposes this motion.

WHEREFORE, for all of the foregoing reasons, the undersigned respectfully requests that the court's order of March 8, 2005 be extended by another 15 days (May 7, 2005) to enable the parties to consummate settlement.

                                        Respectfully submitted:
                                        JULIE DOSSIN

DATED:     April 15, 2005
                                        By:_____/s/William J. McLeod_____
                                        William J. McLeod, BBO 560572
                                        McLeod Law Offices, PC
                                        77 Franklin Street
                                        Boston, MA  02110
                                        (617) 542-2956/phone
                                        (617) 695-2778/fax
                                        wjm@mcleodlawoffices.com