UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

SEYMORE-JAMES, LLC

    Plaintiff,

-v-                                            CIVIL NO. 04-30236 MAP

JULIE A. DOSSIN,

    Defendant.
_____

JULIE A. DOSSIN,

    Third Party Plaintiff,

-v-

NCO FINANCIAL SYSTEMS, INC.,
and GOLD & VANARIA, P.C.

    Third Party Defendants,
_____

## STIPULATION OF DISMISSAL

The parties hereby stipulate to a dismissal of all claims in the above captioned matter, with prejudice and with all rights of appeal being waived, without costs and fees (unless otherwise agreed to separately).

Respectfully submitted,

| SEYMORE-JAMES, LLC & | JULIE DOSSIN |
| GOLD & VANARIA, PC | |
| By its Attorney, | By its Attorneys, |

/s/ David Lavenburg    (by wjm)        /s/ William J. McLeod
David A. Lavenburg                          William J. McLeod
Gold & Vanaria                                   McLeod Law Offices, PC
1350 Main Street, Suite 1400         77 Franklin Street
Springfield, MA  01103-1627          Boston, MA  02110
(413) 747-7700/phone                  (617) 542-2956/phone
(413) 747-9650/fax                      (617) 695-2778/fax

NCO FINANCIAL SYSTEMS, INC.
By his Attorney,


/s/ Eric M. Chodkowski___(by wjm)
Eric M. Chodkowski
Taylor, Duane, Barton & Gillman, LLP
160 Federal Street, 5th Floor
Boston, MA  02110
(617) 654-8200/phone
(617) 482-5350/fax

Dated:    May 9, 2005